[Nos. 62317-6-I; 62319-2-I. Division One. July 27, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. DONALYDIA HUERTAS, *Appellant*.

Appeals from a judgment of the Superior Court for Snohomish County, No. 07-8-00861-6, Ellen J. Fair, J., entered August 25, 2008. *Affirmed* by unpublished opinion per Lau, J., concurred in by Agid and Appelwick, JJ.

[No. 62318-4-I. Division One. July 27, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. DIEM NGUYEN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 06-1-06622-3, Richard D. Eadie, J., entered October 24, 2008. *Affirmed* by unpublished opinion per Becker, J., concurred in by Dwyer, A.C.J., and Lau, J.

[No. 62373-7-I. Division One. July 27, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. K.P.S., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 07-8-04372-3, LeRoy McCullough, J., entered September 15, 2008. *Affirmed* by unpublished opinion per Becker, J., concurred in by Dwyer, A.C.J., and Lau, J.

[No. 62406-7-I. Division One. July 27, 2009.]

KPHJ, INC., *Respondent*, v. BILL KNAUSS, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 08-2-00268-0, Steven J. Mura, J., entered September 19, 2008. *Affirmed* by unpublished opinion per Cox, J., concurred in by Agid and Ellington, JJ.